(WMW) Collins v. Mendoza-Powers, et al.  Doc. 6

Case 1:06-cv-01608-AWI-NEW   Document 6   Filed 11/15/2006   Page 1 of 2

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. COLLINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHY MENDOZA-POWERS, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. 1:06-CV-01608-AWI-LJO (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CHANGE CASE DESIGNATION FROM 550 TO 440, REMOVE PC DESIGNATION, AND ISSUE ALL APPLICABLE SCHEDULING AND STANDING ORDERS |

　　　　On November 9, 2006, Plaintiff Michael J. Collins filed the complaint upon which this action proceeds. The action was designated as a 550 prison conditions case. Because plaintiff is represented by counsel, this action shall be re-designated as a 440 case, and the applicable scheduling and standing orders issued in regular civil actions shall be issued. Summonses shall not be issued at this time because the Court has a duty to screen complaints filed by prisoners. 28 U.S.C. § 1915A. The Court will screen Plaintiff's complaint in due course, and at that time either authorize the issuance of summonses or grant Plaintiff leave to amend to cure deficiencies in his complaint.

　　　　Accordingly, the Clerk of the Court is DIRECTED to:

1. Change the designation of the present case from 550 to 440, and remove PC designation; and

///

///

///

///

1

2.   Issue all applicable scheduling and standing orders.

IT IS SO ORDERED.

**Dated:   November 14, 2006**              /s/ Lawrence J. O'Neill
b9ed48                          UNITED STATES MAGISTRATE JUDGE