1  **KINGSLEY & KINGSLEY, APC**
   **GEORGE R. KINGSLEY, ESQ.- SBN 38022**
2  **KEVIN M. ZIETZ, ESQ. - SBN 186244**
   **16133 Ventura Blvd., Suite 1200**
3  **Encino, California 91436**
   **Tel (818) 990-8300, Fax (818) 990-2903**
4

5  **Attorneys for Plaintiff,**
   **MICHAEL J. COLLINS**
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | MICHAEL J. COLLINS,               )   CASE NO: 1:06-CV-01608-AWI-LJO
                                       )
12 |           Plaintiff,              )   **JOINT STIPULATION AND ORDER TO**
                                       )   **CONTINUE DISCOVERY COMPLETION**
13 |     vs.                           )   **AND EXPERT DESIGNATION DATES**
                                       )
14                                     )
   KATHY MENDOZA-POWERS; JEANNE        )
15 WOODFORD; WILLIAM McGUINNES,        )
   M.D.; SAMPATH KUMAR                 )
16 SURYADEVARA, M.D.; S. MADRUGA;      )
   and DOES 1 to 25, Inclusive,        )
17                                     )
             Defendants.               )
18 |_____ )

19 \ \ \

20 \ \ \

21 \ \ \

22 \ \ \

23 \ \ \

24 \ \ \

25 \ \ \

26 \ \ \

27

28
                                      1
_____
   **JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY COMPLETION AND**
                      **EXPERT DESIGNATION DATES**

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

WHEREAS various scheduling conflicts have resulted in the depositions of the defendants being continued to February 19, 2008 and February 20, 2008, and since the trial date is not until November 18, 2008, the parties stipulate that the non-expert discovery cut-off shall be continued to March 14, 2008.

WHEREAS non-expert discovery will now be completed by March 14, 2008, the parties stipulate to continue the date for expert designation to April 11, 2008.

WHEREAS the parties now agree that the date for expert designations will be April 11, 2008, the parties stipulate to continue the expert witness completion date to July 7, 2008.

DATED: January 22, 2008        KINGSLEY & KINGSLEY, APC

/S/

By:_____
    KEVIN M. ZIETZ,
    Attorney for Plaintiff

DATED: January 17, 2008

/S/

By: _____
    JOHN PADRICK, ESQ.
    Attorney for Defendants

**O R D E R**

IT IS SO ORDERED.

Dated:   **January 29, 2008**         /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE