**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL J. COLLINS, | NO. 1:06-CV-01608 AWI GSA |
| Plaintiff, | ORDER REFERRING PENDING MOTION FOR SUMMARY JUDGEMENT TO MAGISTRATE JUDGE GARY S. AUSTIN |
| v. | |
| KATHY MENDOZA-POWERS, JEANNE WOODORD, WILLIAM McGUINNESS, M.D., SAMPATH KUMAR SURYADEVARA, M.D., S. MADRUGA, and DOES 1 through 25, Inclusive. | ORDER VACATING SEPTEMBER 22, 2008 HEARING DATE |
| Defendants. | |

Plaintiff is a state prisoner who alleges that prison officials violated his civil rights pursuant to 42 U.S.C. § 1983.  Defendants have filed a motion for summary judgment that they noticed for hearing before the undersigned for September 22, 2008.  The court finds that the pending motion should be referred to Magistrate Judge Gary S. Austin pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302 for the entry for Findings and Recommendations.

///

///

///

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for summary judgment is REFERRED to Magistrate Judge Gary S. Austin; and
2. The September 22, 2008 hearing before the undersigned is VACATED.

IT IS SO ORDERED.

**Dated:   September 17, 2008**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

2