1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  STEVEN M. GEVERCER
   Supervising Deputy Attorney General
3  JOHN PADRICK, State Bar No. 155123
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-6708
6   Fax: (916) 322-8288
    Email: John.Padrick@doj.ca.gov
7
   Attorneys for Defendants KATHY MENDOZA-
8  POWERS, S. MADRUGA, SAMPATH
   SURYADEVARA, M.D. and WILLIAM
9  McGUINNESS, M.D.

10

11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE EASTERN DISTRICT OF CALIFORNIA

14                                FRESNO DIVISION

| MICHAEL J. COLLINS,<br><br>                           Plaintiff,<br><br>v.<br><br>KATHY MENDOZA-POWERS, JEANNE WOODFORD, WILLIAM McGUINNESS, M.D., SAMPATH KUMAR SURYADEVARA, M.D., S. MADRUGA, et al.,<br><br>                           Defendants. | 1:06-CV-01608-AWI-GSA<br><br>**STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER AND VACATING PRETRIAL CONFERENCE AND TRIAL DATES AND RESETTING SAME**<br><br>Judge:    Hon. Anthony W. Ishii |
|---|---|

23      The following stipulation was filed by the parties:

24

25      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

26  counsel, as follows:

27      FRCP 16 (b)(4) provides that a schedule may be modified based on a showing a good cause.

28  In determining "good cause" courts consider the explanation for the failure to timely move for

Stipulation to Modify Scheduling Order

1

leave to amend, the importance of the amendment, the potential prejudice in allowing the amendment and whether a continuance would cure such prejudice. *Southwestern Bell Tel. Co. v. City of El Paso* (5th Cir.2003) 346 F.3d 541, 546.

On August 14, 2008, Plaintiff filed a Motion for Summary Judgment. On September 23, 2008, the Court issued a Minute Order placing the matter under submission and referring the Motion for Summary Judgment to Magistrate Judge Gary S. Austin for issuance of a further order. The Amended Scheduling Order dated June 8, 2007 set the Pretrial Conference date for October 17, 2008.

It is reasonably believed that the pending Motion for Summary Judgment will clarify the existence of claims and defenses, and that it is in the interests of justice to modify the Amended Scheduling Order in order to allow sufficient time for these issues to be decided by Magistrate Judge Gary S. Austin.

Therefore, the parties hereby stipulate and agree:

1. To vacate the October 17, 2008 Pretrial Conference date and the November 18, 2008 Trial date.

2. That all dates referring to discovery matters remain as previously ordered;

3. That the exchange of disclosures required by FRCP 26(a)(3) and Joint Pretrial Statements be filed in accordance with any new date for the Pretrial Conference that the court may assign;

4. To schedule the final Pretrial Conference and Trial within 90 days of the Order resetting the original dates.

This stipulation may be executed in counterparts and shall be considered complete and effective as if it were executed as one document. Further the parties agree that a facsimile signature shall be consider as original.

Dated: _____    */s/ Kevin M. Zietz*
                                  Kevin M. Zietz
                                  Kingsley & Kingsley, APC
                                  Attorneys for Plaintiff, Michael J. Collins

Stipulation to Modify Scheduling Order

Dated: _____          */s/ John Padrick*
John Padrick
Deputy Attorney General
Attorneys for Defendants, Kathy Mendoza-Powers, S. Madruga, Sampath Suryadevara, M.D. and William McGuinness, M.D.

The Court will give effect to the stipulation.

**ORDER**

Based on the foregoing stipulation, and for good cause appearing, IT IS HEREBY ORDERED that:

1. The October 17, 2008 Pretrial Conference and the November 18, 2008 Trial dates are hereby vacated.

2. All dates referring to discovery matters are to remain as previously ordered;

3. The exchange of disclosures required by FRCP 26(a)(3) and Joint Pretrial Statements shall be filed in accordance with the new date for the Pretrial Conference as set forth below;

4. The final Pretrial Conference shall be reset to January 29, 2009 at 8:30 a.m.; and

5. The Trial shall be reset to March 10, 2009, at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   October 2, 2008**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE