# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. COLLINS,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHY MENDOZA-POWERS; JEANNE WOODFORD; WILLIAM McGUINNESS, M.D.; SAMPATH KUMAR SURYADEVARA, M.D.; S. MADRUGA<br><br>    Defendants.<br>_____ / | CASE NO. 1:06-CV-1608- AWI GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE<br><br>ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, CONTAINED IN THEIR OPPOSITION, WITHOUT PREJUDICE<br><br>(Doc. 31, 40) |

    Plaintiff Michael J. Collins is a state prisoner, proceeding pro se, and in forma pauperis in this civil rights action filed on November 9, 2006.

    On February 23, 2009, the Magistrate Judge issued Findings and Recommendation recommending that the Plaintiff's Motion for Summary Judgment be denied without prejudice. The Findings and Recommendation further recommended that the Defendant's Motion for Summary Judgment be denied without prejudice. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days. No party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the

1

Findings and Recommendation is supported by the record and proper analysis.

Accordingly, the court ORDERS that:

1. Plaintiff's motion for summary judgment, filed August 14, 2008, 2008, is DENIED WITHOUT PREJUDICE;

2) Defendants' motion for summary judgment contained within their opposition filed September 5, 2008 is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:     March 25, 2009                                      /s/ Anthony W. Ishii
                                                        CHIEF UNITED STATES DISTRICT JUDGE