# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>KATHY MENDOZA-POWERS, JEANNE WOODFORD, WILLIAM McGUINNESS, M.D., SAMPATH KUMAR SURYADEVARA, M.D. et al.,<br><br>Defendants. | 06-cv-1608 AWI- GSA<br><br>AMENDED SCHEDULING CONFERENCE ORDER |

On April 15, 2009, a further scheduling conference was held. Kevin Zietz appeared telephonically on behalf of Plaintiff, Michael Collins. John Padrick appeared telephonically on behalf of Defendants, Kathy Mendoza-Powers et. al. The new deadlines in this case are outlined as follows :

    Dispositive motions deadline : **June 15, 2009**

    Pretrial Conference: **September 17, 2009** at 8:30 in Courtroom 2 before the Honorable Anthony W. Ishii

    Trial: **November 17, 2009** at 8:30 in Courtroom 2 before the Honorable Anthony W. Ishii

The parties will contact the court if they determine if a settlement conference would

beneficial and shall notify the court immediately if they are not able to comply with the amended dates listed above.  The parties are also advised that all other orders contained in the initial scheduling conference issued on May 27, 2007 remain in full force and effect. (Doc. 21).

    IT IS SO ORDERED.

    **Dated:    April 20, 2009**                    **/s/ Gary S. Austin**
                                                                                   UNITED STATES MAGISTRATE JUDGE