# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MICHAEL J. COLLINS, <br><br> Plaintiff, <br><br> v. <br><br> KATHY MENDOZA-POWERS, JEANNE WOODFORD, WILLIAM McGUINNESS, M.D., SAMPATH KUMAR SURYADEVARA, M.D.; S. MADRUGA, et. al. <br><br> Defendant. | CASE NUMBER: 1:06-cv-01608 AWI-GSA <br><br> ASSIGNED TO: Honorable Anthony W. Ishii <br><br> **ORDER RE: JOINT STIPULATION OF THE PARTIES TO EXTEND THE PRE-TRIAL DATE AND TRIAL DATE** |

The court has considered the joint stipulation submitted by the parties regarding extending the pre-trial conference/settlement conference date and trial dated, and approves the stipulation. The court orders that the September 17, 2009 pre-trial conference/settlement conference date, and November 17, 2009 trial date be vacated.

The new dates are as follows:

Pretrial Conference/Settlement Conference Date: November 19, 2009.

Trial Date: February 9, 2010.

IT IS SO ORDERED.

**Dated:   September 4, 2009**          **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE